| PROB 22 (Rev. 2/88) | **FILED** at Santa Fe, NM | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | RECEIVED JUL 1 5 2005 | 2:03CR00128-001MV |
| TRANSFER OF JURISDICTION | 2005 JUL 19 A 8:41 | DOCKET NUMBER *(Rec. Court)* |
| | MATTHEW J. DYKMAN | CR Misc #893 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT CLERK | DIVISION 3:05CR164-A |
|---|---|---|
| Thomas Preston<br>1410 South Third Avenue<br>Lynette, Alabama 36863 | New Mexico | United States Probation |
| | NAME OF SENTENCING JUDGE | |
| | Martha Vázquez, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/07/05 — TO 01/06/07 |

**OFFENSE**

Transporting an Illegal Alien and Aiding and Abetting

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of New Mexico

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Alabama, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4/4/05
Date                                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Alabama

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5/23/05
Effective Date                                                  United States District Judge

CERTIFIED a True Copy of the original filed in the office of the Clerk
by _____ Deputy