AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

State and     DISTRICT OF     New Mexico

UNITED STATES OF AMERICA

v.

**Thomas David Preston**

DOB: 09/14/73
2949 Mount Zion Road
Carolton, Georgia 30117

## CRIMINAL COMPLAINT

CASE NUMBER: 02-5836M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___October 18, 2002___ in ___Sierra___ county, in the ___State and___ District of ___New Mexico___ defendant (s) did, (Track Statutory Language of Offense)

knowing and in reckless disregard of the fact that Rosalva MARTINEZ-Hernandez and Rito HERNANDEZ-Palacios had come to, entered, or remained in the United States in violation of law, did transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did conceal, harbor, or shield from detection, or attempt to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation

in violation of Title ___8___ United States Code, Section(s) ___1324 (a)(1)(A)(ii), 1324 (a)(1)(A)(iii)___

I further state that I am a (n) ___Border Patrol Agent___ and that this complaint is based on the following facts:
Las Cruces, New Mexico, 88001
*Official Title*

The Defendant was encountered driving a 1993 Kenworth tractor-trailer at the United States Border Patrol Checkpoint located on Interstate 25 milemarker 82 by Supervisory Border Patrol Agent Michael Dalton. Agent Dalton was working the primary inspection area of the checkpoint. Agent Dalton asked the Defendant who was the lone occupant in the cab of the truck if he was a United States citizen. The Defendant answered in the affirmative by moving his head up and down. Agent Dalton asked the Defendant if he was by himself and again he answered in the affirmative by moving his head up and down. Agent Dalton asked if there was anyone in the sleeper and the Defendant responded by motioning in the negative by moving his head side to side. Agent Dalton then asked the Defendant if he was able to speak, to which the Defendant stated he could speak. Agent Dalton asked the Defendant again if anyone was in the sleeper, to which the Defendant verbally stated No. Agent Dalton asked the Defendant if he could have a look in the sleeper area to which the Defendant answered Yes. Agent Dalton asked the Defendant to pull back a vinyl barrier that separated the cab from the sleeper compartment. The Defendant reached back and pulled the barrier open about three to four inches.

Continued on the attached sheet and made a part hereof: [X] Yes    [ ] No

_____ Jose L. Avina
Signature of Complainant

Sworn to before me and subscribed in my presence,

__October 20, 2002__      at     Las Cruces, New Mexico
Date                                   City and State

__Karen B. Molzen   United States Magistrate Judge__
Name & Title of Judicial Officer            Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

**Thomas David Preston**

DOB: 09/14/73   A# 78 908 439
2949 Mount Zion Road
Carolton, Georgia 30117

Agent Dalton noticed that the Defendant was becoming more nervous as the questioning continued and felt that he was attempting to hide something or someone in the sleeper. Agent Dalton then told the Defendant that he was going to enter the truck form the passenger side to have a look in the sleeper compartment, to which the Defendant gave his consent by saying okay. Agent Dalton entered the cab of the truck and pulled back the partition separating the cab and the sleeper area and noticed several people in the sleeper compartment. Agent Dalton looked at the Defendant and commented that he thought the Defendant had told him there was no one in the sleeper. The Defendant replied by stating that he knew that. Eight males and one female were removed from the sleeper compartment of the truck. Seven males were found to be illegal from the country of Brazil and one male and one female were found to be illegal from Mexico. The Defendant was placed under arrest and escorted into the checkpoint.

The Mexican male and female material witnesses agreed to make a statement. They claimed they entered the United States near Tornillo, Texas with the aid of a smuggler named "Lalo" who they met through a taxi cab driver by the name of "Julian". They paid "Julian" one thousand dollars to be smuggled into the United States and transported to Amarillo, Texas. After about three weeks in the United States, staying with a friend in Anthony, New Mexico, "Lalo" put them in contact with yet another smuggler who made the transportation arrangements with the Defendant. The two material witnesses said that they met the Defendant at a Texaco gas station located near Canutillo, Texas. They further state that at the gas station the Defendant approached them and motioned for them to follow him. The Defendant then instructed them to get into the cab and once inside were told by the Defendant to get into the sleeper area and to be careful entering as there were other people there. Both witnesses also stated that the Defendant spoke only in English to them and that they understood some English and were able to understand the Defendant. The female material witness further stated that once in the vehicle, the truck made two stops, once at a gas station to purchase fuel and once again approximately twenty minutes prior to being stopped at the checkpoint.

Assistant United States Attorney Renee Camacho was advised of the facts and authorized prosecution.


Karen B. Molzen
United States Magistrate Judge
October 20, 2002

Jose L. Avina
Border Patrol Agent
October 20, 2002

CERTIFIED a True Copy of the
original filed in my office
Clerk
by _____
Deputy