IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

03 JAN 22 AM 10: 54

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS DAVID PRESTON, ) | CRIMINAL NO. 03- 128 ML |
| ) | |
| Defendant. ) | COUNTS I AND II: 8 U.S.C. § 1324(a)(1)(A)(ii); |
| ) | 8 U.S.C. § 1324(a)(1)(B)(i): Transporting an Illegal |
| ) | Alien; and 8 U.S.C. §1324(a)(1)(A)(v)(II): Aiding |
| ) | and Abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about the 18th day of October, 2002, in Sierra County, in the State and District of New Mexico, the defendant, **THOMAS DAVID PRESTON**, knowingly and in reckless disregard of the fact that Rosalva Martinez-Hernandez, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, and attempt to transport and move said alien within the United States by means of transportation, namely by automobile and otherwise, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii); 8 U.S.C. § 1324(a)(1)(B)(i); and 8 U.S.C. § 1324(a)(1)(A)(v)(II).



## COUNT II

On or about the 18th day of October, 2002, in Sierra County, in the State and District of New Mexico, the defendant, **THOMAS DAVID PRESTON**, knowingly and in reckless disregard of the fact that Rito Hernandez-Palacios, an alien, had come to, entered and remained in the United States in violation of the law, did transport and move, and attempt to transport and move said alien within the United States by means of transportation, namely by automobile and otherwise, in furtherance of such violation.

In violation of 8 U.S.C. § 1324(a)(1)(A)(ii); 8 U.S.C. § 1324(a)(1)(B)(i); and 8 U.S.C. § 1324(a)(1)(A)(v)(II).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

R Watts for
DAVID C. IGLESIAS
United States Attorney

01/13/03 9:33am

CERTIFIED a True Copy of the original filed in my office.
_____, Clerk
by _____
Deputy

2