TERMED

U.S. District Court
for the District of New Mexico (Las Cruces)

CRIMINAL DOCKET FOR CASE #: 03-CR-128-ALL

USA v. Preston                                              Filed: 01/22/03

Other Dkt # 2:02-m -05836

Case Assigned to:   Chief Judge Martha Vazquez

| | |
|---|---|
| THOMAS DAVID PRESTON (1) ,<br>11780 Gateway East #B, El Paso<br>TX 79927;915-203-4643<br>    defendant<br> [term   08/17/04] | Dennis J Candelaria, Esq<br>  [term   08/17/04]<br>FTS 527-6933<br>(505) 527-6930<br>[COR LD NTC pda]<br>Federal Public Defender's<br>Office<br>500 S Main<br>#600<br>Las Cruces, NM 88001<br>(505) 527-6930<br>FTS 527-6933 |

Pending Counts:                          Disposition

8:1324(a)(1)(A)(ii);(a)(1)(B)-           SENTENCE IMPOSED: CBOP 12
(i): TRANSPORTING ILLEGAL                months + 1 day on each count; 2
ALIEN; AND                               years supervised release;
8:1324(a)(1)(A)(v)(II): AIDING           refrain from alcohol; SPA:
AND ABETTING          (1 - 2)            $200.00; confinement at La
                                         Tuna; deft in custody
                                         (1 - 2)

Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE


=========================

Docket as of July 15, 2005 2:59 pm                              Page 1

CERTIFIED a True Copy of the
Original filed in my office.
                            Clerk
by _____
           Deputy

```
Proceedings include all events.                                    TERMED
2:03cr128-ALL USA v. Preston
Case Assigned to: Chief Judge Martha Vazquez

ROSALVA MARTINEZ-HERNANDEZ           Stephen G Ryan, Esq
(80)                                 FTS 526-2482
    material witness                 (505) 524-8700
                                     [COR LD NTC cja]
                                     PO Box 325
                                     Las Cruces, NM 88004-0325
                                     (505) 524-8700
                                     FTS 526-6449
```

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

=========================

Proceedings include all events.                                               TERMED
2:03cr128-ALL USA v. Preston

Case Assigned to: Chief Judge Martha Vazquez

RITO HERNANDEZ-PALACIOS (81)          Stephen G Ryan, Esq
    material witness                  FTS 526-2482
                                      (505) 524-8700
                                      [COR LD NTC cja]
                                      PO Box 325
                                      Las Cruces, NM 88004-0325
                                      (505) 524-8700
                                      FTS 526-6449

Pending Counts:

    NONE

Terminated Counts:

    NONE

Complaints:

    NONE

U. S. Attorneys:

    Randy M Castellano, Esq
    FTS 522-2531
    (505) 522-2304
    [COR LD NTC ret]
    US Attorney's Office
    District of New Mexico
    555 S Telshore
    #300
    Las Cruces, NM 88011
    (505) 522-2304
    FTS 522-2391

```
Proceedings include all events.                                    TERMED
2:03cr128-ALL USA v. Preston

10/18/02 --      DEFENDANT Thomas David Preston  arrested
                 [ 2:02-m -5836 ] (jma) [Entry date 10/21/02]

10/20/02 1       CRIMINAL COMPLAINT naming Thomas David Preston  by
                 Magistrate Judge Karen B. Molzen
                 [ 2:02-m -5836 ] (jma) [Entry date 10/21/02]

10/21/02 2       AFFIDAVIT of material witnesses Rosalva Martinez-Hernandez,
                 Rito Hernandez-Palacios re [1-1]
                 [ 2:02-m -5836 ] (jma) [Entry date 10/21/02]

10/21/02 3       CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                 first appearance of Thomas David Preston on complaint;
                 Attorney Carlos Ibarra standing in, deft in custody  Tape
                 #: LC 02-235
                 [ 2:02-m -5836 ] (jma) [Entry date 10/21/02]

10/21/02 4       MOTION for detention hearing by USA  as to Thomas David
                 Preston
                 [ 2:02-m -5836 ] (jma) [Entry date 10/21/02]

10/21/02 5       ORDER  by Magistrate Judge Karen B. Molzen  for defendant
                 Thomas David Preston  appointing attorney Dennis J
                 Candelaria (cc:  all counsel)
                 [ 2:02-m -5836 ] (jma) [Entry date 10/21/02]

10/24/02 6       CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                 preliminary/detention hearing held as to Thomas David
                 Preston,  $5,000 unsecured Bond w/restrictions (bond not
                 yet made)   Tape #: LC 02-240
                 [ 2:02-m -5836 ] (jma) [Entry date 10/24/02]
                 [Edit date 10/24/02]

10/24/02 7       WAIVER of preliminary hearing and right to grand jury
                 presentment w/in 75 days of arrest by defendant Thomas
                 David Preston
                 [ 2:02-m -5836 ] (jma) [Entry date 10/24/02]

10/24/02 8       CJA Form 20 Copy 4 (Appointment of Counsel) for material
                 witness Rito Hernandez-Palacios appointing Stephen G Ryan
                 [ 2:02-m -5836 ] (ja) [Entry date 10/25/02]

10/24/02 9       CJA Form 20 Copy 4 (Appointment of Counsel) for material
                 witness Rosalva Martinez-Hernandez appointing Stephen G
                 Ryan
                 [ 2:02-m -5836 ] (ja) [Entry date 10/25/02]

10/24/02 10      ORDER by Magistrate Judge Karen B. Molzen setting
                 conditions of release for Thomas David Preston  $5,000
                 unsecured Bond made
                 [ 2:02-m -5836 ] (ja) [Entry date 10/25/02]
```

```
Proceedings include all events.                                    TERMED
2:03cr128-ALL USA v. Preston

10/24/02   11      APPEARANCE BOND ( $5,000 unsecured ) by Thomas David
                   Preston
                   [ 2:02-m -5836 ] (ja) [Entry date 10/25/02]

10/29/02   12      ORDER by Magistrate Judge Karen B. Molzen  Order to show
                   cause as to why material witnesses should not be released
                   hearing set for 12/13/02 at 9:00 am in Las Cruces,NM (cc:
                   all counsel)
                   [ 2:02-m -5836 ] (ja) [Entry date 10/29/02]

11/19/02   13      UNOPPOSED MOTION to amend conditions of pretrial release
                   supervision by Thomas David Preston
                   [ 2:02-m -5836 ] (ja) [Entry date 11/19/02]

11/25/02   14      CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen re
                   [13-1]  Motion to review bond hearing held as to Thomas
                   David Preston; conditions of release amended Tape #: LC
                   02-268
                   [ 2:02-m -5836 ] (ja) [Entry date 11/26/02]

11/25/02   15      ORDER by Magistrate Judge Karen B. Molzen granting motion
                   to amend conditions of pretrial release supervision; Deft
                   to reside with Amber Eason; all other conditions of release
                   to remain in effect [13-1] (cc: all counsel)
                   [ 2:02-m -5836 ] (ja) [Entry date 11/26/02]

12/11/02   16      PETITION for action on conditions of pretrial release and
                   ORDER thereon by US Magistrate Karen B. Molzen that a
                   warrant be issued as to Thomas David Preston
                   [ 2:02-m -5836 ] (ja) [Entry date 12/11/02]

12/11/02   --       ARREST Warrant issued for Thomas David Preston
                   [ 2:02-m -5836 ] (ja) [Entry date 12/11/02]

1/10/03    17      MOTION to take deposition by material witness Rosalva
                   Martinez-Hernandez and Rito Hernandez-Palacios
                   [ 2:02-m -5836 ] (ja) [Entry date 01/14/03]
                   [Edit date 01/14/03]

1/14/03    18      ORDER by Magistrate Judge Karen B. Molzen granting motion
                   to take deposition of material witnesses[17-1] (cc: all
                   counsel)
                   [ 2:02-m -5836 ] (ja) [Entry date 01/14/03]

1/22/03    19      INDICTMENT by USA Randy M Castellano. Counts filed against
                   Thomas David Preston (1) count(s) 1-2 (ir)
                   [Entry date 01/23/03]

1/22/03    --      Arrest Warrant issued for Thomas David Preston (ir)
                   [Entry date 01/23/03]

2/5/03     20      NOTICE  to take deposition by counsel for material
                   witnesses (vd) [Entry date 02/05/03]
```

```
Proceedings include all events.                                    TERMED
2:03cr128-ALL USA v. Preston

3/3/03    21      ORDER by Magistrate Judge Karen B. Molzen granting mat wits
                  remain on release status w/designated 3rd-party custodian
                  (cc: all counsel) (js) [Entry date 03/04/03]

3/3/04    22      ARREST Warrant returned executed as to Thomas David Preston
                  3/2/04 (js) [Entry date 03/03/04]

3/3/04    25      ARREST Warrant returned executed as to Thomas David Preston
                  on 3/2/04 (js) [Entry date 04/12/04]

3/8/04    23      CLERK'S MINUTES:  before Magistrate Judge Lourdes A.
                  Martinez re initial/detention on petition for revocation
                  [16-1] deft remains in custody Tape #: LC 04-60 (*) (bap)
                  [Entry date 03/09/04]

3/12/04   24      CLERK'S MINUTES: before Magistrate Judge Karen B. Molzen
                  arraignment/detention hrg held as to dft Thomas David
                  Preston; not guilty plea entered; Atty Kurt Mayer stood-in
                  for Dennis Candelaria; trial to be set by the Court;
                  conditions of release REVOKED; deft in custody Tape #: LC
                  04-70 (js) [Entry date 03/17/04]

4/13/04   26      NOTICE of Hearing for deft Thomas David Preston  jury
                  selection/trial set for 5/11/04 @ 9:00 am in Las Cruces, NM
                   (cc: all counsel*) (bap) [Entry date 04/13/04]

4/14/04   27      MOTION to continue trial set for 5/11/04 & to extend
                  time in which to file motions by Thomas David Preston (yc)
                  [Entry date 04/15/04]

5/3/04    28      ORDER FOR CONTINUANCE per 18:3161 by Magistrate Judge
                  Leslie C. Smith granting deft's motion to continue trial
                  set for 5/11/04 [27-1] & motion to extend time in which to
                  file motions [27-2] pretrial motions due 6/4/04; jury
                  trial reset on 7/13/04 @ 9:00 a.m  (cc: all counsel) (yc)
                  [Entry date 05/04/04]

6/14/04   29      NOTICE of Hearing for deft Preston change of plea set for
                  6/18/04 @ 10:30 a.m., before Magistrate Judge Scott in Las
                  Cruces, NM (cc: all counsel*) (seal) [Entry date 06/14/04]

6/15/04   30      NOTICE of Hearing for deft Preston jury selection/trial
                  set for 7/12/04 @ 9:00 a.m., w/calendar call on 7/6/04 @
                  1:30 p.m., in Las Cruces, NM (cc: all counsel*) (pr)
                  [Entry date 06/16/04]

6/18/04   31      CLERK'S MINUTES: before Magistrate Judge Robert H. Scott
                  Thomas David Preston enters guilty plea as to indictment;
                  sentencing date not set, court to notify; deft in custody
                  C/R: S.Rubino  (*) (jrm) [Entry date 06/18/04]

6/18/04   32      CONSENT to proceed before Magistrate Judge by Thomas David
                  Preston (ma) [Entry date 06/18/04]
```

```
Proceedings include all events.                                    TERMED
2:03cr128-ALL USA v. Preston
```

| Date | # | Entry |
|---|---|---|
| 6/18/04 | 33 | PLEA AGREEMENT as to Thomas David Preston (ma) [Entry date 06/18/04] |
| 8/10/04 | 34 | NOTICE of Hearing for deft Thomas David Preston sentencing is set for 8/17/04 @ 11:00 am in Las Cruces, NM (cc: all counsel*) (bap) [Entry date 08/10/04] |
| 8/17/04 | 36 | CLERK'S MINUTES: before District Judge Bruce D. Black sentencing Thomas David Preston (1) count(s) 1-2. SENTENCE IMPOSED: CBOP 12 months + 1 day on each count; 2 years supervised release; refrain from alcohol; SPA: $200.00; confinement at La Tuna; deft in custody, case terminated C/R: Sally Rubino (bap) [Entry date 08/20/04] |
| 8/19/04 | 35 | JUDGMENT by District Judge Bruce D. Black for deft Thomas David Preston (distribution as required*) (bap) [Entry date 08/19/04] |
| 11/24/04 | 37 | MOTION to release the material witnesses by USA* (kd) [Entry date 11/24/04] |
| 11/30/04 | 38 | ORDER by Magistrate Judge Leslie C. Smith granting the govt's motion to release the material witnesses Rosalva Martinez-Hernandez & Rito Hernandez-Palacios to INS [37-1] (cc: all counsel) (yc) [Entry date 11/30/04] |
| 7/15/05 | 39 | ORDER by Chief Judge Martha Vazquez to Transfer Jurisdiction to Middle District of Alabama as to deft Thomas David Preston (cc: all counsel) (td) [Entry date 07/15/05] [Edit date 07/15/05] |
| 7/15/05 | -- | LETTER re Transfer of jurisdiction to Middle District of Alabama (td) [Entry date 07/15/05] [Edit date 07/15/05] |